UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT RIVERA,<br><br>    Petitioner,<br><br>    v.<br><br>S. PERRY,<br><br>    Respondent. | No. 2:16-cv-0856 KJM CKD P<br><br><br>ORDER |

On June 12, 2019, respondent filed a motion to dismiss. Petitioner has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, petitioner shall file an opposition to the pending motion to dismiss or a statement of non-opposition. Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Dated: July 26, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
riv0856.46