UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT RIVERA, | No. 2:16-cv-0856 KJM CKD P |
| Petitioner, | |
| v. | ORDER |
| S. PEERY, | |
| Respondent. | |

On September 8, 2020, respondent was directed to file an answer to part 1 of claim 2 and claim 4 in petitioner's second amended petition for writ of habeas corpus. Respondent elects to stand on arguments made in his August 25, 2016 answer. Accordingly, IT IS HEREBY ORDERED that petitioner is granted 60 days within which to file his traverse.

Dated: October 5, 2020

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
rive1656.trv